UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21165-FAM

HANNAH C. SHAPIRO, individually,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,
a Delaware corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff, HANNAH C. SHAPIRO, hereby notifies this Court that a settlement has been reached this day between the parties, pending final execution of settlement documents and releases.

    Respectfully submitted: April 24, 2012

                                          /s/ Scott D. Owens
                                          **SCOTT D. OWENS, ESQ.**
                                          Florida Bar No.: 0597651
                                          Attorney for Plaintiff
                                          664 East Hallandale Beach Boulevard
                                          Hallandale, Florida 33309
                                          Phone 954-589-0588
                                          Fax 954-337-0666
                                          scott@scottdowens.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 24 April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.