UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:12−cv−21165−FAM

HANNAH C. SHAPIRO
*individually*,

    Plaintiff,

v.

G.C. SERVICES LIMITED PARTNERSHIP,
*a Delaware corporation*,

    Defendant.
_____ /

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement and general release which fully settles all claims alleged in this cause;

The Plaintiff hereby files notice, pursuant to Fed. R. Civ. P. 41(a)(i), that the instant action is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

DATED: MAY 10, 2012

                                                  Respectfully submitted,

                                            */s/ Scott D. Owens*
                                           **SCOTT D. OWENS, ESQ.**
                                           Florida Bar No. 0597651
                                           664 E. Hallandale Beach Blvd.
                                           Hallandale, Florida 33009
                                           Tel:    954−589−0588
                                           Fax:   954−337−0666
                                           scott@scottdowens.com
                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ**.